NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1316

STATE OF LOUISIANA

VERSUS

FREDERICK MILSON GUIDRY

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF ACADIA, NO. 62,159
HONORABLE GLENNON P. EVERETT, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Oswald A. Decuir, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Kim R. Hayes
Assistant District Attorney
P. O. Box 288
Crowley, LA 70527-0288
(337) 788-8831
Counsel for Appellee:
      State of Louisiana

Harold D. Register, Jr.
Attorney at Law
P. O. Box 80214
Lafayette, LA 70598-0214
(337) 981-6644
Counsel for Defendant/Appellant:
      Frederick Milson Guidry

**Frederick Milson Guidry**
**PPC Bayou Correction Center**
**P. O. Box 650**
**Pine Prairie, LA 70576**